ALLEN C. MASSEY, State Bar No. 172024
ANTONIA G. DARLING, State Bar No. 76190
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
510 I Street, Suite 7–500
Sacramento, CA 95814
(916) 930-2100/ Fax (916) 930-2099

Attorneys for Acting United States Trustee,
Region 17, Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>SANTOS DIAZ<br><br>and<br><br>AGUSTINO DIAZ,<br><br>Debtors | CASE NO. 08-33116-C-7<br><br>DCN: UST - 1<br><br>CHAPTER 7 PROCEEDING<br><br>No hearing requested |

**DECLARATION OF RICHARD J. HANF IN SUPPORT OF MOTION**

**OF THE UNITED STATES TRUSTEE**

**TO REOPEN CASE**

I, Richard J. Hanf, hereby declare:

1. On September 15, 2008, the above-captioned Debtors voluntarily filed a Chapter 7 bankruptcy petition.

2. On September 16, 2008, I was appointed trustee for the Debtors' bankruptcy estate.

3. Prior to the Debtors' 341 (a) Meeting of Creditors, I reviewed the Debtors' filed schedules and Statement of Financial Affairs. On their Schedule A the Debtors listed the following real properties:

    5617 Via Cervano, Bakersfield, California

    120 W. Pilot Avenue, Bakersfield, California

2

306 Winchester, Vallejo, California

5304 San Mateo Drive, Bakersfield, California

4. At their 341(a) Meeting of Creditors on October 22, 2008, I asked the Debtors if they had read their bankruptcy petition, schedules and Statement of Financial Affairs prior to signing the petition. They said that they had. I also asked them if they had listed all their assets, no matter where they were located. They responded yes. After questioning the Debtors further I concluded the meeting.

5. On October 23, 2008, I filed a Report of Trustee in No Asset Case.

6. On April 16, 2009, I was relieved as trustee and the case was closed administratively with the issuance of a Final Degree.

7. I have recently been advised by Larry Robertson, a former employee of Ernesto Diaz, the Debtors' son, that the Debtors reportedly own a ranch in Jalos, Guadalajara, Mexico.

8. I swear under penalty of perjury that the above is true and correct.


DATED: January 24, 2010                /s/ Richard J. Hanf_
                                       RICHARD J. HANF,
                                       Former Chapter 7 Trustee

DECLARATION OF RICHARD J. HANF IN SUPPORT OF MOTION
OF THE UNITED STATES TRUSTEE
TO REOPEN CASE